# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| ILLINOIS COMMERCE COMMISSION, et al., <br> *Petitioners,* <br><br> AND <br><br> OLD DOMINION ELECTRIC COOPERATIVE, et al., <br> *Intervening Petitioners,* <br><br> v. <br><br> FEDERAL ENERGY REGULATORY COMMISSION, <br> *Respondent.* <br><br> AND <br><br> PJM INDUSTRIAL CUSTOMER COALITION AND ELECTRIC POWER SUPPLY ASSOCIATION, et al., <br> *Intervening Respondents.* | Case Nos. 20-1645, 20-1759, 20-1760, 20-1761, 20-1762, 20-1819, 20-1849, 20-2010, 20-2016, 20-3027, 20-3028, 20-3029, 20-3030, 20-3031, 20-3032, 20-3033, 20-3034, 20-3035, 20-3036, 20-3037, 20-3038, 20-3039, 20-3040, 20-3041, 20-3042, 20-3043, 20-3044, 20-3045 and 20-3046 (consolidated) |

## MOTION TO WITHDRAW AS COUNSEL

Attorney Sarah Ladin seeks leave of the court to withdraw as counsel for petitioner Environmental Defense Fund in case number 20-3032, consolidated with the above-captioned case. The undersigned will be leaving employment with Environmental Defense Fund, effective February 12, 2021. Michael Panfil is currently listed and will remain as counsel of record for petitioner.

Respectfully submitted,


*/s/ Sarah Ladin*
Sarah Ladin
Environmental Defense Fund
1875 Connecticut Avenue, NW, Suite 600
Washington, DC 20009
(202) 387-3500
sladin@edf.org

Michael Panfil
Environmental Defense Fund
1875 Connecticut Avenue, NW, Suite 600
Washington, DC 20009
(202) 387-3500
mpanfil@edf.org

February 8, 2021

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it does not exceed 5,200 words.

I further certify, pursuant to Fed. R. App. P. 27(d)(1)(E), that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

></br>
/s/ Sarah Ladin
Sarah Ladin
Environmental Defense Fund
1875 Connecticut Avenue, NW, Suite 600
Washington, DC 20009
(202) 387-3500
sladin@edf.org